UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00269

**Timothy James Chappelle,**
*Plaintiff,*

v.

**Austin Reeve Jackson et al.,**
*Defendants.*

# ORDER

Plaintiff Timothy James Chappelle, an inmate of the Texas Department of Criminal Justice proceeding pro se and *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On January 24, 2024, the magistrate judge issued a report recommending that plaintiff's lawsuit be dismissed without prejudice for failure to state a claim pursuant to 28 U.S.C. §§ 1915A(b) and 1915(e). Doc. 37. A copy of the report was mailed to plaintiff, who did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court dismisses this case without prejudice.

*So ordered by the court on March 8, 2024.*

J. CAMPBELL BARKER
United States District Judge